THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0107-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUMBERTO LOPEZ RODRIGUEZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Humberto Lopez Rodriguez's corrected motion to sever (Dkt. No. 163). The Court recently set a status conference to discuss Co-Defendant Carlos Carrillo Lopez's pending motion for specific performance of a plea agreement. (*See* Dkt. Nos. 160, 161.) At the time, the Court indicated Mr. Lopez Rodriguez need not attend this conference. (Dkt. No. 161.) Given that Mr. Lopez Rodriguez now seeks to sever trial from that of his Co-Defendant as well as Count 8 of the indictment, (Dkt. No. 163), and in light of the imminent trial date, (*see* Dkt. No. 148), the Court ORDERS Mr. Lopez Rodriguez to attend the March 25, 2022 status conference at 9:00 A.M. in Courtroom 16206.

//

//

MINUTE ORDER
CR20-0107-JCC
PAGE - 1

DATED this 21st day of March 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk