THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR20-0107-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HUMBERTO LOPEZ RODRIGUEZ, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The Court recently set a status conference to discuss Co-Defendant Carlos Carrillo Lopez's pending motion for specific performance of a plea agreement. (*See* Dkt. Nos. 160, 161.) After Defendant Humberto Lopez Rodriguez filed his corrected motion seeking severance of his trial from that of his Co-Defendant as well as Count 8 of the indictment, (Dkt. No. 163), the Court ordered Mr. Lopez Rodriguez to attend the status conference. (Dkt. No. 165.) Mr. Carrillo Lopez has since pleaded guilty and withdrawn his motion. (*See* Dkt. Nos. 166, 179.) The status conference was thus stricken as to Mr. Carrillo Lopez. (Dkt. No. 179.) The Court concludes the remaining controversy in Mr. Lopez Rodriguez's motion to sever can be decided on the pleadings. Accordingly, the March 25, 2022, status conference is also STRICKEN as to Defendant Humberto Lopez Rodriguez.

MINUTE ORDER
CR20-0107-JCC
PAGE - 1

DATED this 23rd day of March 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
